THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* CHARLES BRAY, *Mayor, etc., Respondent, v.* THE BOARD OF SUPERVISORS OF ULSTER COUNTY, *Appellant.*— Order affirmed, with costs. Opinion by BOARDMAN, J.

WALTER T. L. SANDERS, *as Trustee, etc., Appellant, v.* HELEN D. BULLARD and another, *Administrator, etc., Respondents.*—Judgment affirmed, with costs. Opinion by LEARNED, P. J.; BOARDMAN, J., not acting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* HIRAM OWEN and others, *Respondents, v.* ARTHUR D. SEAVEY and others, *Appellants.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.; BOCKES, J., not acting.

GARRET ARREX, *Executor, etc., v.* JAMES E. JANSEN. — Judgment reversed, new trial granted; referee discharged, costs to abide event. Opinion by BOCKES, J.

ELIZA YEDDO, *Respondent, v.* L. GREENVILLE WHITNEY and another, *Appellants.* — Judgment reversed, new trial granted; referee discharged, costs to abide event. Opinion by BOARDMAN, J.

JOHN C. MONTY, *Respondent, v.* WILLIAM H. BLOOMINGDALE, *Appellant, Impleaded, etc.*— Judgment affirmed, with costs, Opinion by BOCKES, J.

GILES H. F. VAN HORNE, *Respondent, v.* WILLIAM CAMPBELL and others, *Appellants.*— Judgment reversed, new trial granted, costs to abide event. Opinion by BOARDMAN, J.

GILES H. F. VAN HORNE, *Appellant, v.* JACOB FRANCE, *Respondent*— Judgment affirmed, with costs. Opinion by BOCKES, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* THE EQUITABLE TRUST COMPANY OF NEW LONDON, *Appellant.*— Judgment affirmed, with costs, on decision of Court of Appeals, in Home Insurance Company and against Fireman's Fund Association.